UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAUNDRA CAMPOS, | No. 2:15-cv-2328-KJM-KJN |
| Plaintiff, | |
| v. | ORDER |
| RUSSELL W. RICHARDSON, | |
| Defendant. | |

      Presently pending before the court is plaintiff's motion for default judgment, which has been noticed for hearing on March 31, 2016. (ECF No. 9.) In addition to seeking other relief, the motion indicates that plaintiff seeks an award of attorneys' fees and costs. However, the motion states that plaintiff only intends to submit her declaration in support of the requested attorneys' fees and costs if the court grants the motion for default judgment.

      The court finds it more appropriate to consider the issue of an award of attorneys' fees and costs together with plaintiff's other requests for relief. Accordingly, IT IS HEREBY ORDERED that:

    1. No later than March 3, 2016, plaintiff shall file, and serve on defendant, supplemental briefing with appropriate supporting declaration(s) in support of any request for attorneys' fees and costs.

2. Any opposition to the motion for default judgment, including any supplemental briefing related to fees and costs, shall continue to be due March 17, 2016.

3. Any reply brief shall be due March 24, 2016.

4. The hearing on the motion for default judgment remains scheduled for March 31, 2016, at 10:00 a.m., in Courtroom No. 25 before the undersigned.

IT IS SO ORDERED.

Dated:  February 24, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2